DAVID N. BARRY (SBN 219230)
 e-mail: dbarry@mylemonrights.com
THE BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270
Los Angeles, CA 90064
Telephone: (310) 684-5859
Facsimile:  (310) 862-4539

Attorneys for Plaintiff
MARIA HERRERA

JUDD GILEFSKY, ESQ.  (SBN 198694)
 e-mail: judd.gilefsky@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 W. 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: (213) 599-7882
Facsimile: (213) 250-7900

Attorneys for Defendant
FORD MOTOR COMPANY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HERRERA, an individual;<br><br>  Plaintiff,<br><br>  vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>  Defendants. | Case No. 8:21-cv-00846-CJC-KES<br><br>**JOINT NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

　　PLEASE TAKE NOTICE that Plaintiff Maria Herrera and Defendant FORD MOTOR COMPANY, (the "Parties"), jointly, write to advise this Court that they have settled this matter. The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms are pending.

1

Once all terms of the settlement are completed and payment is received by Plaintiff, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

Dated: August 2, 2021            **THE BARRY LAW FIRM**

By: */s/ David N. Barry*
David N. Barry
Attorneys for Plaintiff, MARIA HERRERA

Dated: August 2, 2021            **LEWIS BRISBOIS BISGAARD AND SMITH, LLP**

By: */s/ Judd Gilefsky*
Judd Gilefsky
Attorneys for Defendant, FORD MOTOR COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2021, I filed the foregoing document entitled **JOINT NOTICE OF SETTLEMENT** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

/s/ David N. Barry